UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Keven James Kohute,<br>　*Plaintiff*,<br><br>v.<br><br>Kelly Strong, TDCJ Huntsville Unit Senior Warden; Daniel Dickerson, TDCJ Huntsville Unit Regional Director; and Miguel Martinez, TDCJ Huntsville Unit Deputy Division Director,<br>　*Defendants*. | Case No. 1:25-CV-00055-ADA |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell. Dkt. 6. Judge Howell issued the report and recommendation on February 11, 2025. *Id.* at 3. As of the date of this order, neither party has objected to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). When no objections are timely filed, the Court reviews the magistrate's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because neither party filed timely objections, the Court has reviewed the report and recommendation for clear error. Having found no such error, the Court adopts the report and recommendation. It is **ORDERED** that Plaintiff Kevin James

Kohute's cause of action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

 **SIGNED** on March 12, 2025.

                 _____
                 ALAN D. ALBRIGHT
                 UNITED STATES DISTRICT JUDGE